**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| MARK ALAN GROOMS | ) | BANKRUPTCY CASE NUMBER 08-12108 |
| CAROL ANN GROOMS | ) | CHAPTER 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK**

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee filed her Final Report And Distribution Summary on July 19, 2010, and issued checks as proposed in said proposed distribution.

3. That Check #10113 issued to Scheef & Stone, LLP, 5956 Sherry Lane, Suite 1400, Dallas, Texas 75225-8031 on August 10, 2010 in the amount of $95.52 was returned as undeliverable by the Post Office.

4. That the Trustee hereby gives notice that such amount of **$95.52** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

Respectfully submitted,

___/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 24th day of August, 2010, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to: United States Trustee, USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to: Scheef & Stone, LLP, 5956 Sherry Lane, Suite 1400, Dallas, Texas 75225-8031.

                                          ____/s/ Yvette Gaff Kleven_____
                                          Yvette Gaff Kleven